920 A.2d 186

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Eric Allen ROBERTS a/k/a Ellis Roberts, Petitioner.**

Supreme Court of Pennsylvania.

May 1, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of May, 2007, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED,** and this case is **REMANDED** to the Superior Court for disposition of the merits. "The requirement that the clerk time stamp and make docket entries of the

filings in these cases only serves to provide a record of the filing, and does not trigger any deadline nor require any response." Pa.R.Crim.P. 576(A)(4), comment. *See Commonwealth v. Ellis*, 534 Pa. 176, 626 A.2d 1137 (1993) (no constitutional right to hybrid representation on appeal). Jurisdiction relinquished.